**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| WORLD CLASS JET, LLC, D/B/A LEVIATE JET MANAGEMENT | ) ) ) | Case No.: _____ |
| Plaintiff, | ) ) ) ) ) | Removed from the 191st Judicial District, Dallas County, Texas |
| v. | ) ) | Cause No.: DC-23-19347 |
| MHS 3-2-1 GO, LLC | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant, MHS 3-2-1 GO, LLC (hereinafter "Defendant"), by and through the undersigned counsel, and hereby files its Notice of Removal of the above-captioned action to the United States District Court for the Northern District of Texas, pursuant to 28 U.S.C. §1441(a), 28 U.S.C. §1446, and 28 U.S.C. §1332, and in support respectfully states as follows:

1. On November 14, 2023, Plaintiff World Class Jet, LLC, d/b/a Leviate Jet Management (hereinafter "Plaintiff"), filed "Plaintiff's Original Petition and Application for Order of Foreclosure" (hereinafter "Complaint") to initiate Cause Number DC-23-19347 in the 191st Judicial District Court of Dallas County, Texas (the "State Court Action"), asserting claims for declaratory judgment, lien foreclosure, breach of contract, and unjust enrichment against Defendant.

2. On December 6, 2023, a copy of the Complaint was served on Defendant.

3. Plaintiff is a Texas limited liability company, with all of its members being citizens of the State of Texas.

4. Therefore, for purposes of removal based on diversity of citizenship, Plaintiff is a citizen of the State of Texas.

5. Defendant is a Missouri limited liability company, with all of its members being citizens of the State of Missouri.

6. Therefore, for purposes of removal based on diversity of citizenship, Defendant is a citizen of the State of Missouri.

7. The amount in controversy in this action, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), as confirmed by the allegations in Plaintiff's Complaint that Plaintiff is entitled to at least $237,045.86, for which Plaintiff sues Defendant. (See Exhibit A).

8. Defendant was served with Plaintiff's Complaint on December 6, 2023. Therefore, this Notice of Removal has been timely filed within thirty (30) days, pursuant to 28 U.S.C. §1446(b).

9. Because complete diversity of citizenship exists between Plaintiff and Defendant and the amount in controversy in this action exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), removal of the State Court Action to this Court is proper pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446.

10. Defendant, in compliance with 28 U.S.C. § 1446(a) and Local Rule CV-81.1, attaches the following documents to this Notice of Removal: (i) a civil coversheet; (ii) an index of all documents filed in the State Court Action; (iii) a copy of the docket sheet in the State Court Action; (iv) a copy of all process, pleadings, and orders filed in the State Court Action and served upon Defendant, and (v) a signed certificate of interested persons that complies with Local Rule CV-3.1(c).

11.     In accordance with 28 U.S.C. § 1446(d), Defendant, simultaneously with the filing of this Notice of Removal, has given written notice of the filing of this Notice of Removal to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the 191st Judicial District Court of Dallas County, Texas.

12.     In filing this Notice of Removal, Defendant does not waive and specifically reserves any and all defenses, exceptions, rights, and motions. No statement or omission in this Notice of Removal shall be deemed an admission of any allegations or of damages sought in Plaintiff's Complaint.

WHEREFORE, Defendant, MHS 3-2-1 GO, LLC respectfully requests that this Court assume jurisdiction of this action and provide such other and further relief as deemed just under the facts and circumstances.

**DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully submitted,

**CROWE & DUNLEVY, P.C.**

By:     *s/Christopher M. Staine*
        Christopher M. Staine
        Texas Bar No. 24104576
        2525 McKinnon Street, Suite 425
        Dallas, Texas 75201
        Telephone: (214) 420-2163
        Fax: (214) 736-1762
        christopher.staine@crowedunlevy.com

        and

**Capes, Sokol, Goodman & Sarachan, P.C.**
David H. Luce (*Pro Hac Vice pending*)
Nicholas S. Gerth (*Pro Hac Vice pending*)
8182 Maryland Avenue, Floor 15
St. Louis, Missouri 63105

Phone: (314) 721-7701  
Fax: (314) 721-0554  
luce@capessokol.com  
gerth@capessokol.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024 (the same date this Notice of Removal was filed in the United States District Court for the Northern District of Texas) a true and correct copy of the foregoing Notice of Removal was electronically delivered to the District Clerk of Dallas County, Texas for filing, and a true and correct copy of the foregoing Notice of Removal was served upon all parties in the State Court Action by electronic mail and United States Postal Service first class mail, addressed as follows:

Gregory J. Reigel  
Shackelford, Bowen, McKinley & Norton, LLP  
9201 N. Central Expressway, Fourth Floor  
Dallas, Texas 75231  
greigel@shackelford.law  
*Attorney for Plaintiff*

s/Christopher M. Staine